## United States District Court for the Northern District of Illinois

Case Number: 07cv6390    Assigned/Issued By: j. n.

Judge Name: lefkow    Designated Magistrate Judge: nolan

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 1115554

Date Payment Rec'd: 11-9-07    Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
                                         (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

__1__ Original and __1__ copies on __11-9-07__ as to __defendant__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05