**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND and** | ) | |
| **LABORERS' WELFARE FUND OF THE** | ) | |
| **HEALTH AND WELFARE DEPARTMENT** | ) | |
| **OF THE CONSTRUCTION AND GENERAL** | ) | |
| **LABORERS' DISTRICT COUNCIL OF** | ) | |
| **CHICAGO AND VICINITY, and JAMES S.** | ) | |
| **JORGENSEN, Administrator of the Funds,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 07 C 6390** |
| | ) | |
| **M.J.C. DEMOLITION, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, by their attorneys, file a notice of voluntary dismissal against defendant M.J.C.

Demolition, Inc., pursuant to Rule 41(a) of the F.R.Civ.P.

Wherefore, plaintiffs request that this cause be dismissed without prejudice.


By:

　　　/s/ Karen I. Engelhardt
One of plaintiffs' attorneys



Wesley Kennedy
Karen I. Engelhardt
Angie Cowan
Josiah Groff
Allison, Slutsky & Kennedy, P.C.,
230 West Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400

February 19, 2008

**CERTIFICATE OF MAILING**

I, Karen I. Engelhardt state that I mailed a copy of the Notice of Dismissal to the Company at the address  mentioned below on day of February 2008 with proper postage prepaid before the hour of 5:00 p.m.

Raed A. Shalabi
Petra Law Group
1 South Dearborn Street Suite 2100
Chicago, IL 60603

 /s/ Karen I. Engelhardt